UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA M.,<br>   Plaintiff<br> v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>   Defendant. | Case No. 2:19-0703-GJS<br><br>JUDGMENT |

  Pursuant to the Court's Memorandum Opinion and Order,

  IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: June 16, 2020

                 _____
                 GAIL J. STANDISH
                 UNITED STATES MAGISTRATE JUDGE